# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 06-30926
USDC No. 2:06-CV-254

U. S. COURT OF APPEALS
**FILED**
APR 2 4 2008
CHARLES R. FULBRUGE III
CLERK

STANLEY JULES JOHNSON

                Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY

                Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Stanley Jules Johnson was sentenced in federal district court in 1976 to 99 years for bank robbery and murder. He was also sentenced by the State of Louisiana to two 99-year sentences and a 48-year sentence for two counts of armed robbery and one count of attempted armed robbery. The state court ordered the sentences to run consecutively to the federal sentence. Johnson filed a petition for a writ of habeas corpus in federal court challenging detainers filed against him by the State of Louisiana. The district court denied the petition, and Johnson seeks a certificate of appealability (COA). He also moves for leave to proceed in forma pauperis (IFP).

    A COA may issue only if Johnson "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Johnson must show that

reasonable jurists would find the district court's assessment of his constitutional claims debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Johnson argues that the State of Louisiana conceded that there were no detainers filed against him and that the district court erred by finding to the contrary, thereby denying him due process. Johnson fails to show that reasonable jurists would disagree with the district court's resolution of his claims or that the claims deserve encouragement to proceed further. *See id.*

Accordingly, the request for a COA is DENIED. The motion for IFP is also DENIED.

*[signature]*
THOMAS M. REAVLEY
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   APR 2 4 2008